# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

IN RE: AMY JERRINE MISCHLER

)
) Case No. To Be Assigned
) _____21-5046_____

## NOTICE OF CONFLICT OF INTEREST OF
## JUDGE JUSTIN REED WALKER

Now comes the petitioner who notices the court that Judge Justin Reed Walker has conflict of interest being assigned this proceeding. The allegations of judicial bribery between Kent Wicker, Christy Trout, and Judge Van Tatenhove as alleged in the petition are a factual basis that Judge Walker is deemed to be aware of due to Judge Walker's close friendship with Kent Wicker, and Judge Walker closely working with Christy Trout Van Tatenhove as stated in his Questionnaire for Judicial Nominee.

While Kent Wicker was operating a financial business out of the home of Article III Judge Van Tatenhove, while simultaneously practicing before the same Judge Van Tatenhove without disclosing the conflict of interest; Judge Justin Walker's noted actual limited legal experience was working with Kent Wicker during this same period. See Exhibits A, B, C and D.

Thus, upon belief that Judge Walker will not disclose the conflict of interest; this notice is hereby filed.

Respectfully submitted,

Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974
863-801-1877
ajmischler@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, I filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the D.C. Circuit by email. I further certify that I will serve the following by first-class United States Mail for delivery to the following on February 24, 2021.

Thomas Duffey
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

Michelle Nicole Bradford
Barnes & Thornburg LLP
1717 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20006

The Hon. James Boasberg
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001

The Hon. Tanya Chutkan
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001

The Hon. Beryl A. Howell
Chief Judge
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Angela D. Caesar
Clerk of Court
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001

February 24, 2021

Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974
863-801-1877

## UNITED STATES SENATE
## COMMITTEE ON THE JUDICIARY

## QUESTIONNAIRE FOR JUDICIAL NOMINEES

## <u>PUBLIC</u>

1. **<u>Name</u>**: State full name (include any former names used).

Justin Reed Walker

2. **<u>Position</u>**: State the position for which you have been nominated.

United States Circuit Judge for the District of Columbia Circuit

3. **<u>Address</u>**: List current office address. If city and state of residence differs from your place of employment, please list the city and state where you currently reside.

United States Courthouse
601 West Broadway
Louisville, Kentucky 40202

4. **<u>Birthplace</u>**: State year and place of birth.

1982; Louisville, Kentucky

5. **<u>Education</u>**: List in reverse chronological order each college, law school, or any other institution of higher education attended and indicate for each the dates of attendance, whether a degree was received, and the date each degree was received.

2006 – 2009, Harvard Law School; J.D., 2009.

2000 – 2004, Duke University; B.A., 2004.

2003, University of Oxford, New College; no degree.

6. **<u>Employment Record</u>**: List in reverse chronological order all governmental agencies, business or professional corporations, companies, firms, or other enterprises, partnerships, institutions or organizations, non-profit or otherwise, with which you have been affiliated as an officer, director, partner, proprietor, or employee since graduation from college, whether or not you received payment for your services. Include the name and address of the employer and job title or description.

2019 – Present
United States District Court
Western District of Kentucky

# EXHIBIT A

1/10

*Counsel for United Mine Workers of America International Union, Intervenor for Respondent NLRB*

4. *Osborn v. Griffin*, 865 F.3d 417 (6th Cir. 2017).

I served as appellate counsel to the plaintiffs, who successfully sued the defendants, their brothers, over an inheritance dispute. The district court awarded the plaintiffs approximately $584 million in wrongful profits disgorgement and prejudgment interest, one of the largest judgments in Kentucky federal court history. The defendants appealed, and I assisted with all aspects of the appeal. Although I was not listed on the brief, I helped plan all of it, edited all of it, and drafted a portion of it. I also assisted the counsel of record with multiple moots before oral argument. My clients prevailed on appeal.

Panel: Clay, J., Bachelder, J., Merritt, J.

Dates of representation: 2016 – 2017

Co-counsel
Christine Trout Van Tatenhove
Trout Law Office PLLC
Post Office Box 2285
Lexington, Kentucky 40522
(859) 351-7773

Kent Wicker
Dressman Benzinger LaVelle PSC
321 West Main Street, Suite 2100
Louisville, Kentucky 40202
(502) 630-1306

Janet P. Jakubowicz
Benjamin J. Lewis
Bingham Greenebaum Doll LLP
3500 National City Tower
Louisville, Kentucky 40202
(502) 589-4200

Opposing Counsel

Gregory G. Garre
Melissa Arbus Sherry
Benjamin W. Snyder

Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004

## AFFIDAVIT

I, _Justin Walker_ , do swear
that the information provided in this statement is, to the best
of my knowledge, true and accurate.

_4/3/20_
(DATE)

_(signature)_
(NAME)

_(signature)_
(NOTARY)

**TYLER SEIDT**
Notary Public - State at Large
Kentucky
My Commission Expires Dec. 18, 2021
Notary ID 592154

3/10

## UNITED STATES SENATE
## COMMITTEE ON THE JUDICIARY

## QUESTIONNAIRE FOR JUDICIAL NOMINEES

## PUBLIC

1. **Name**: State full name (include any former names used).

Justin Reed Walker

2. **Position**: State the position for which you have been nominated.

United States District Judge for the Western District of Kentucky

3. **Address**: List current office address. If city and state of residence differs from your place of employment, please list the city and state where you currently reside.

University of Louisville Brandeis School of Law
2301 South 3rd Street
Louisville, Kentucky 40208

4. **Birthplace**: State year and place of birth.

1982; Louisville, Kentucky

5. **Education**: List in reverse chronological order each college, law school, or any other institution of higher education attended and indicate for each the dates of attendance, whether a degree was received, and the date each degree was received.

2006 – 2009, Harvard Law School; J.D., 2009.

2000 – 2004, Duke University; B.A., 2004.

2003, University of Oxford, New College; no degree.

6. **Employment Record**: List in reverse chronological order all governmental agencies, business or professional corporations, companies, firms, or other enterprises, partnerships, institutions or organizations, non-profit or otherwise, with which you have been affiliated as an officer, director, partner, proprietor, or employee since graduation from college, whether or not you received payment for your services. Include the name and address of the employer and job title or description.

2019 – Present
Dinsmore & Shohl LLP
101 South 5th Street, Suite 2500

# EXHIBIT B

(304) 357-0900

Opposing Counsel

David S. Habenstreit
Elizabeth Ann Heaney
Greg Paul Lauro
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570
(202) 273-2960
*Counsel for National Labor Relations Board*

Laura Karr
United Mine Workers of America
18354 Quantico Gateway Drive, Suite 200
Triangle, Virginia 22172
(703) 291-2429
*Counsel for United Mine Workers of America International Union, Intervenor for Respondent NLRB*

4. *Osborn v. Griffin*, 865 F.3d 417 (6th Cir. 2017).

I served as appellate counsel to the plaintiffs, who successfully sued the defendants, their brothers, over an inheritance dispute. The district court awarded the plaintiffs approximately $584 million in wrongful profits disgorgement and prejudgment interest, one of the largest judgments in Kentucky federal court history. The defendants appealed, and I assisted with all aspects of the appeal. Although I was not listed on the brief, I helped plan all of it, edited all of it, and drafted a portion of it. I also assisted the counsel of record with multiple moots before oral argument. My clients prevailed on appeal.

Panel: Clay, J., Bachelder, J., Merritt, J.

Dates of representation: 2016-2017

Co-counsel
Christine Trout Van Tatenhove
Trout Law Office PLLC
Post Office Box 2285
Lexington, Kentucky 40522
(859) 351-7773



Kent Wicker
Dressman Benzinger LaVelle PSC
321 West Main Street, Suite 2100
Louisville, Kentucky 40202



## AFFIDAVIT

I, _Justin Walker_, do swear
that the information provided in this statement is, to the best
of my knowledge, true and accurate.

_6/21/19_
(DATE)

(NAME)

(NOTARY)

My commission expires 5/5/22

6/10

some five years, beginning with his appointment to the faculty of the Brandeis School of Law in 2015. It has been my privilege to have him as a colleague. He has impressed me with his congeniality, his intellect, his decency, and his discipline. He has brought an uncommonly high level of energy to our law school in virtually every phase of academic life. He has earned the respect of our faculty and of our students for his unmatched dedication to our mission and the generations of future lawyers whom we serve." (Manning G. Warren III, University of Louisville Brandeis School of Law, Letter To Sens. Graham and Feinstein, 4/30/2020)

- "In my view, Justin will be an excellent judge at the appellate level. He possesses the qualities that I believe are critical to this role. These include honesty, fairness, impartiality, and wisdom. <u>Although he and I hail from different political affiliations, I believe he will be a non-partisan and objective appellate judge. I know this from our own personal interactions over the years and from discourse with our colleagues and our students.</u> Despite his lofty intellectual pedigree, he has not lost the common touch. He treats every member of our university community, from staff to faculty to students, with basic kindness. He definitely has the necessary judicial temperament. It is my honor to recommend Judge Justin Walker to you for confirmation by the United States Senate." (Manning G. Warren III, University of Louisville Brandeis School of Law, Letter To Sens. Graham and Feinstein, 4/30/2020)

<u>KENT WICKER, DBL Law:</u> "I write to support enthusiastically the nomination of my friend and colleague, Justin Walker, to be a United States Circuit Judge for the District of Columbia.... In my view, a circuit judge needs three attributes: intellectual ability, to understand the legal issues before him; integrity, to make decisions based on the law, rather than personal or political views; and humility, to understand that he does not necessarily know all the answers and may need to listen to the arguments of the lawyers before him. Justin Walker possesses all of these qualities, and they have served him well as a federal district judge. They will serve him equally well as a circuit judge." (Kent Wicker, DBL Law, Letter to Sens. Graham and Feinstein, 4/30/2020)

# EXHIBIT C

- **"I have practiced in the federal courts of Kentucky for over thirty years.** The great bulk of my work has been in federal court, first as an Assistant U.S. Attorney, and for the last 17 years, as a criminal defense attorney. The success of my practice, and the fate of my clients, depends on decisions made by federal judges in Kentucky.... **Justin's background suits him well for a position as a circuit judge. Those judges spend most of their time reading written motions, researching the law, and writing opinions. As a Supreme Court law clerk, an appellate lawyer, and a law professor, Justin has been performing the same tasks for most of his career. Indeed, his background brings better preparation for the position than most practicing lawyers, who spend the bulk their time trying to attract clients or slogging through discovery."** (Kent Wicker, DBL Law, Letter to Sens. Graham and Feinstein, 4/30/2020)

- **"I know that Justin possesses the personal and intellectual integrity to make decisions based on the law.** Although I am a part-time resident of Daufuskie Island in Chairman Graham's home state, **my politics run considerably closer to those of Ranking Member Feinstein. Yet I know that Justin is committed to interpreting the law as it is, not as he might wish it to be. I am confident that he will make decisions based on an even-handed evaluation of the facts and the legal issues, not based on any political beliefs or philosophy."** (Kent Wicker, DBL Law, Letter to Sens. Graham and Feinstein, 4/30/2020)

## Judge Walker's Former Law Partners: 'Judge Walker Exceeded Our Expectations,' '[He] Immersed Himself In The Daily Grind Of The Routine Practice Of Law,' And 'Seasoned Lawyers Trusted His Good Judgment And Counted On His Preparation At Hearings, Mediations, And At Trial'

<u>15 FORMER LAW FIRM COLLEAGUES</u>: **"We are former partners of United States District Court Judge Justin Walker at Dinsmore & Shohl LLP and support his nomination to serve as a judge on the United States Court of Appeals for the District of Columbia Circuit. Judge Walker's credentials speak for themselves; his contribution to our firm requires further elaboration.... From day one, Judge Walker demonstrated enthusiasm to**



No. 18-1053

IN THE

# Supreme Court of the United States

ASHLAND SPECIALTY CO. INC.,

*Petitioner,*

v.

DALE W. STEAGER, STATE TAX
COMMISIONER OF WEST VIRGINIA,

*Respondent.*

ON PETITION FOR A WRIT OF CERTIORARI TO THE
SUPREME COURT OF APPEALS OF WEST VIRGINIA

BRIEF *AMICUS CURIAE* OF THE BLUEGRASS
INSTITUTE IN SUPPORT OF PETITIONER

Kent Wicker
 *Counsel of Record*
Dressman Benzinger LaVelle psc
321 West Main Street, Suite 2100
Louisville, KY 40202
(502) 572-2500
kwicker@dbllaw.com

*Counsel for Amicus Curiae*

[ADDITIONAL COUNSEL LISTED ON INSIDE COVER]

# EXHIBIT D

Luke M. Milligan
Wilson Wyatt Hall
2301 South Third Street
Louisville, KY 40292
(502) 852-7939
luke.milligan@louisville.edu

Justin Walker
Dinsmore & Shohl LLP
101 S. Fifth Street
Suite 2500, PNC Tower
Louisville, KY 40202
(502) 540-2361
justin.walker@dinsmore.com

*Counsel for Amicus Curiae*

