**IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

IN RE: AMY JERRINE MISCHLER )
)  Case No. To Be Assigned
)  _____21-5046_____

## <u>MOTION FOR JUDICIAL DETERMINATION
WHETHER EXHIBIT H OF PETITION
SHOULD BE SEALED</u>

Now comes the Petitioner who requests the Circuit Court to make a determination whether Exhibit H should be sealed. It is her opinion that it is a public record available for anyone in the world to see by the Kentucky Secretary of State on its internet database and for that reason alone it does not need to be sealed.

Redaction of the address is not appropriate because it is the address that is necessary to show the impermissible judicial actions taking place in the petition.

However, out of abundance of caution due to the call from a Federal Marshal claiming posting the public record was harassment of a federal judge; she leaves the question to seal in the hand of the Circuit Court to make.

Respectfully submitted,

Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974
863-801-1877
ajmischler@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, I filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the D.C. Circuit by email. I further certify that I will serve the following by first-class United States Mail for delivery to the following on February 24, 2021.

Thomas Duffey
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

Michelle Nicole Bradford
Barnes & Thornburg LLP
1717 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20006

The Hon. James Boasberg
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001

The Hon. Tanya Chutkan
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001

The Hon. Beryl A. Howell
Chief Judge
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Angela D. Caesar
Clerk of Court
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001

February 24, 2021

Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974
863-801-1877