# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 21-5046**                                **September Term, 2020**

**1:20-cv-01863-TSC**

**Filed On: February 25, 2021** [1887045]

In re: Amy Mischler,

       Petitioner

## O R D E R

Because the docketing fee in this case has not been paid, it is

**ORDERED**, on the court's own motion, that by March 29, 2021, petitioner either pay the $500 docketing fee to the Clerk, U.S. Court of Appeals for the District of Columbia Circuit, or file with this court a motion for leave to proceed on appeal in forma pauperis. See Enclosure.

A request for appointment of counsel does not relieve petitioner of the obligation to file responses to any motion filed by respondents or to comply with any order issued by the court, including a briefing schedule. Failure by petitioner to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioner by certified mail, return receipt requested, and by first class mail.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:    /s/
       Amanda Himes
       Deputy Clerk