# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5046**                                        **September Term, 2020**

**1:20-cv-01863-TSC**

**Filed On: April 27, 2021**

In re: Amy Mischler,

        Petitioner

    **BEFORE:**    Tatel, Pillard, and Walker, Circuit Judges

## ORDER

Upon consideration of the petition for writ of mandamus, and the motion for a judicial determination as to whether Exhibit H to the mandamus petition must be sealed, it is

**ORDERED** that the petition for writ of mandamus be denied. Petitioner has not demonstrated that she has a "clear and indisputable right" to the relief requested. United States v. Fokker Servs. B.V., 818 F.3d 733, 747 (D.C. Cir. 2016). With respect to petitioner's claims against the U.S. Department of Justice, in particular, petitioner has not demonstrated that she has "no other adequate means to attain the relief [she] desires." Id. Insofar as petitioner is seeking mandamus relief to address alleged delays by the district court in resolving her filings, she has not demonstrated that the district court's delays are "so egregious as to warrant mandamus." Telecommunications Research and Action Center v. FCC, 750 F.2d 70, 79 (D.C. Cir. 1984). We are confident that the district court will act as promptly as its docket permits. It is

**FURTHER ORDERED** that Exhibit H to the mandamus petition be maintained under seal. See EEOC v. Nat'l Children's Ctr., Inc., 98 F.3d 1406, 1409 (D.C. Cir. 1996).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

               BY:    /s/
                           Manuel J. Castro
                           Deputy Clerk

**EXHIBIT 1**