**LARP**

0967590
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
4/21/2018 8:30:52 AM
Fee receipt: $15.00

# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary o

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report
# Online Filing

**ARP**

| | |
|---|---|
| **Company:** | ITW Capital Management Limited Liability Company |
| **Company ID:** | 0967590 |
| **State of origin:** | Kentucky |
| **Formation date:** | 11/8/2016 12:00:00 AM |
| **Date filed:** | 4/21/2018 8:30:52 AM |
| **Fee:** | $15.00 |

**Principal Office**

REDACTED-Judge Greg Van Tatenhove home address

**Registered Agent Name/Address**

EVA CHRISTINE TROUT

REDACTED-Judge Greg Van Tatenhove home address

**Members/Managers**

| | | |
|---|---|---|
| Member | Jeffrey Kent Wicker | 630 Webb Road, Simpsonville, Kentucky 40067 |
| Member | Eva Christine Trout | REDACTED-Judge Greg Van Tatenhove home address |

| | |
|---|---|
| Business size: | Small |
| Business type: | Other |

**Signatures**

| | |
|---|---|
| Signature | Eva Christine Trout |
| Title | Manager/Member |

# EXHIBIT B

# UNITED STATES SENATE
## COMMITTEE ON THE JUDICIARY

## QUESTIONNAIRE FOR JUDICIAL NOMINEES

## <u>PUBLIC</u>

1. **Name**: State full name (include any former names used).

Justin Reed Walker

2. **Position**: State the position for which you have been nominated.

United States Circuit Judge for the District of Columbia Circuit

3. **Address**: List current office address. If city and state of residence differs from your place of employment, please list the city and state where you currently reside.

United States Courthouse
601 West Broadway
Louisville, Kentucky 40202

4. **Birthplace**: State year and place of birth.

1982; Louisville, Kentucky

5. **Education**: List in reverse chronological order each college, law school, or any other institution of higher education attended and indicate for each the dates of attendance, whether a degree was received, and the date each degree was received.

2006 – 2009, Harvard Law School; J.D., 2009.

2000 – 2004, Duke University; B.A., 2004.

2003, University of Oxford, New College; no degree.

6. **Employment Record**: List in reverse chronological order all governmental agencies, business or professional corporations, companies, firms, or other enterprises, partnerships, institutions or organizations, non-profit or otherwise, with which you have been affiliated as an officer, director, partner, proprietor, or employee since graduation from college, whether or not you received payment for your services. Include the name and address of the employer and job title or description.

2019 – Present
United States District Court
Western District of Kentucky

EXHIBIT C

*Counsel for United Mine Workers of America International Union, Intervenor for Respondent NLRB*

4. *Osborn v. Griffin*, 865 F.3d 417 (6th Cir. 2017).

I served as appellate counsel to the plaintiffs, who successfully sued the defendants, their brothers, over an inheritance dispute. The district court awarded the plaintiffs approximately $584 million in wrongful profits disgorgement and prejudgment interest, one of the largest judgments in Kentucky federal court history. The defendants appealed, and I assisted with all aspects of the appeal. Although I was not listed on the brief, I helped plan all of it, edited all of it, and drafted a portion of it. I also assisted the counsel of record with multiple moots before oral argument. My clients prevailed on appeal.

Panel: Clay, J., Bachelder, J., Merritt, J.

Dates of representation: 2016 – 2017

Co-counsel
Christine Trout Van Tatenhove
Trout Law Office PLLC
Post Office Box 2285
Lexington, Kentucky 40522
(859) 351-7773

Kent Wicker
Dressman Benzinger LaVelle PSC
321 West Main Street, Suite 2100
Louisville, Kentucky 40202
(502) 630-1306

Janet P. Jakubowicz
Benjamin J. Lewis
Bingham Greenebaum Doll LLP
3500 National City Tower
Louisville, Kentucky 40202
(502) 589-4200

Opposing Counsel

Gregory G. Garre
Melissa Arbus Sherry
Benjamin W. Snyder

Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004

~~TOP SECRET//SI//ORCON/NOFORN~~

2.    **Failure to Get FISC Order Before Reviewing Results of Evidence-of-Crime Queries**

Over the past year, the government has reported numerous incidents involving U.S.-person queries that were designed to return evidence of a crime unrelated to foreign-intelligence, as permitted by Section IV.A.1 of the FBI's Query Procedures. The government has never applied to the FISC for an order under Section 702(f)(2). But the manner in which the FBI's systems displayed Section 702-acquired information returned in response to such queries permitted users to view Section 702 contents under circumstances in which they were required to first obtain an order in accordance with Section 702(f)(2), or to report to the Court pursuant to the modified reporting requirement. See Dec. 6, 2019, Opinion at 70, 81.

For example, during an oversight review of the FBI's ███████████ the government discovered 40 queries that had been conducted in support of predicated criminal investigations relating to health-care fraud, transnational organized crime, violent gangs, domestic terrorism involving racially motivated violent extremists, as well as investigations relating to public corruption and bribery ███████████ ███████████ None of these queries was related to national security, and they returned numerous Section 702-acquired products in response. See Notice of compliance incidents regarding the FBI's ███████████ querying of raw FISA-acquired information, Oct. 15, 2020, at 3-4. Another analyst ran a "batch query" using ███████████ accounts as query terms in connection with predicated criminal investigations relating to domestic terrorism that returned 33 Section

TOP SECRET//SI//ORCON/NOFORN

702-acquired products, but the FBI was unable to confirm whether any products were opened. Id. at 4.

The government discovered these and a number of similar violations during oversight reviews at seven FBI field offices. Of the reported instances in each field office, the FBI advised that none of the Section 702-acquired information returned was used in a criminal or civil proceeding or otherwise used for any investigative or evidentiary purpose, even when the Section 702 product displayed had been opened and reviewed. See, e.g., Notice of compliance incident regarding an FBI query of Section 702-acquired information designed to return evidence of a crime unrelated to foreign intelligence, May 4, 2020, at 2-3 (staff operations specialist opened and reviewed Section 702-acquired product that was returned in response to query designed to vet potential source in predicated criminal investigation relating to public corruption).

These reported violations are similar to those referenced in the December 6, 2019, Opinion, which suggests that similar violations of Section 702(f)(2) likely have occurred across the Bureau. See Dec. 6, 2019, Opinion at 70. But these query violations were discovered during a limited number of oversight reviews that occurred before NSD and ODNI suspended on-site reviews at FBI field offices because of the COVID-19 pandemic. Therefore, the reported violations involved queries that were conducted prior to the FBI's implementation of the systems changes in late November 2019, and prior to completion of the mandatory training on these new features or the Querying Procedures as amended.

TOP SECRET//SI//ORCON/NOFORN                          Page 43

**Re: [EXTERNAL EMAIL] - Fw: eFOIA Request Received**        ajmischler@yaho.../Sent

 **A Mischler** <ajmischler@yahoo.com>        Oct 20, 2020 at 3:51 PM
To: FOIPAQUESTIONS <foipaquestions@fbi.gov>

I sent you a longer email. I do not have a copy of this July 6, 2020 DOJ letter and only learned of it today.

Sent from Yahoo Mail on Android

On Tue, Oct 20, 2020 at 2:49 PM, A Mischler
<ajmischler@yahoo.com> wrote:

> What letter? Can I see a copy of it?
>
> On Tuesday, October 20, 2020, 02:02:47 PM EDT, FOIPAQUESTIONS <foipaquestions@fbi.gov> wrote:
>
> Good afternoon,
>
> Thank you for contacting foipaquestions@fbi.gov. Based on letter dated July 6, 2020, we routed this request to the Office of Professional Responsibility.
>
> Respectfully,
>
> Public Information Officer
> FBI - Information Management Division
> 170 Marcel Drive
> Winchester, VA 22602
> O: (540) 868-4593
> F: (540) 868-4391
> E: foipaquestions@fbi.gov
>
> Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia
>
> Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps    Status updates are performed on a weekly basis.
>
> Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.
>
> **From:** A Mischler <ajmischler@yahoo.com>
> **Sent:** Tuesday, October 20, 2020 10:45 AM
> **To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
> **Cc:** Adebonojo, Kenneth (USADC) <Kenneth.Adebonojo@usdoj.gov>
> **Subject:** Re: [EXTERNAL EMAIL] - Fw: eFOIA Request Received
>
> Dear Public Information Officer,
>
> This number is not accessible in the database for status update.
>
> I would like a status update.
>
> Also, since this was a simple FOIA to identify an illegible signature of an FBI employee on a document; why has it taken most of 2020 just to get a number assigned when FOIA's are supposed to be answered in two weeks.
>
> Kenneth Adebonojo is cc to give notice to his client Attorney General Barr for case 20-cv-01863 that possible obstruction of justice criminal activity is taking place at the FBI FOIA to hide negligence/malfesance.
>
> Sincerely yours,
> Amy Mischler
>
>> On Tuesday, October 20, 2020, 10:21:47 AM EDT, FOIPAQUESTIONS <foipaquestions@fbi.gov> wrote:
>>
>> Thank you for contacting foipaquestions@fbi.gov. The FOIA number associated with the below request is NFP-117936.
>>
>> Respectfully,
>>
>> Public Information Officer
>> FBI - Information Management Division
>> 170 Marcel Drive
>> Winchester, VA 22602
>> O: (540) 868-4593
>> F: (540) 868-4391
>> E: foipaquestions@fbi.gov
>>
>> Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia
>>
>> Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps    Status updates are performed on a weekly basis.
>>
>> Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.
>>
>>> **From:** A Mischler <ajmischler@yahoo.com>

**EXHIBIT E**

**Sent:** Monday, October 19, 2020 1:50 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Fw: eFOIA Request Received

I would like an update on my FOIA request below. I do not believe it was assigned a FOIPa number.

----- Forwarded Message -----
**From:** "efoia@subscriptions.fbi.gov" <efoia@subscriptions.fbi.gov>
**To:** "ajmischler@yahoo.com" <ajmischler@yahoo.com>
**Sent:** Monday, February 10, 2020, 04:56:54 PM EST
**Subject:** eFOIA Request Received

# Individual Information

**Prefix [      ]First Name** AmyMiddle Name [      ]**Last Name** Mischler**Suffix** [      ]**Email**ajmischler@yahoo.com**Phone** 863-801-1877**Location**
United States

# Domestic Address

**Address Line 1** 1120 Palm Court**Address Line 2** [      ]**City** Okeechobee**State** Florida**Postal** 34974

# Agreement to Pay

**How you will pay**

I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below.

**Allow up to $ 100**

# Privacy Act

**US Citizen True****Prefix** [      ]**First Name** Amy**Middle Name** [      ]**Last Name** Mischler**Suffix** [      ]**Date of Birth** 1968/09/21**Place of Birth** Shelbyville, Kentucky**Additional Information**

I received a letter from the U.S. Department of Justice Initial ProcessingUnit of the Internal Affairs Section, Inspection Division dated February 6,2020 sent to me, Amy Mischler at 1120 Palm Court, Okeechobee, Florida 34974.The signature is illegible with no type written request.My foia is this. I would like to know the name of the person who signed thisletter and the name of the highest ranking person at that division who madethe decisions to not open an FBI inquiry.This is a simple request.

# Expedite

**Expedite Reason**

It's a simple request. If the signature was legible or typewritten therewould be no need for a FOIA.

\*\*
Please be advised thatefoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.
\*\*
Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request tool" link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.