# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5046**                     **September Term, 2020**

**1:20-cv-01863-TSC**

**Filed On: May 20, 2021**

In re: Amy Mischler,

      Petitioner

**BEFORE:**    Tatel, Pillard, and Walker,* Circuit Judges

## O R D E R

It is, on the court's own motion,

**ORDERED** that the court's order filed April 27, 2021, denying the petition for writ of mandamus, be vacated, and this case be reinstated.  The Clerk is directed to present this matter to another panel of this court.

## Per Curiam

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

            BY:    /s/
                  Scott H. Atchue
                  Deputy Clerk

* Circuit Judge Walker did not participate in this matter.